IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 18-CR-86 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 1951: Conspiracy to |
| ROSSI LORATHIO ADAMS II, also | ) | Interfere with Commerce by Threats |
| known as "Rossi Adams," also known as | ) | and Violence |
| "Polo," | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

> PRESENTED IN OPEN COURT
> BY THE
> FOREMAN OF THE GRAND JURY
> And filed 8/21/2018
> ROBERT L. PHELPS, CLERK

## Count 1

**Conspiracy to Interfere with Commerce by Threats and Violence**

In about June 2017, in the Northern District of Iowa, defendant ROSSI LORATHIO ADAMS II, did conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, defendant conspired to obtain the property of E.D., namely, the Internet domain "doitforstate.com," with E.D.'s consent induced by the wrongful use of force, violence and fear.

This was in violation of Title 18, United States Code, Section 1951.

A TRUE BILL

s/Foreperson
_____  8/21/18
Grand Jury Foreperson       Date

1

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature: Timothy L. Vavricek]*

TIMOTHY L. VAVRICEK
Assistant United States Attorney